**Order entered July 26, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00148-CV

### RONNIE ROBINSON, Appellant

### V.

### MARY GANTT-ROBINSON, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-13933**

## ORDER

Before the Court is appellant's July 24, 2017 request for a reporter's record. On July 6, 2017, court reporter Glenda Finkley informed this Court that no reporter's records of motions, hearings, or trials were taken in this case. Accordingly, we **VACATE** the July 5, 2017 order regarding the reporter's record. Because the record is complete, appellant's brief shall be filed by **August 24, 2017**. *See* TEX. R. APP. P. 38.6 (a).

/s/    CAROLYN WRIGHT
CHIEF JUSTICE